IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GAIL P. BATES                                                                                    PLAINTIFF

vs.                                       NO. 4:07CV00781 BSM

MORRISON MANAGEMENT SPECIALISTS, INC..                          DEFENDANT

## JUDGMENT

Pursuant to the Order entered this date, judgment is entered in favor of defendant.

The case is hereby dismissed with prejudice.

IT SO ORDERED this 22nd day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE